ACCEPTED
03-13-00341-CV
3772930
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 4:31:54 PM
JEFFREY D. KYLE
CLERK

## NO. 03-13-00341-CV

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 4:31:54 PM
JEFFREY D. KYLE
Clerk

**ALLSTATE INSURANCE COMPANY**
*Appellant,*

v.

**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS**
*Appellees*

On Appeal from the 53rd Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-12-001299
The Honorable Lora Livingston, Judge Presiding

_____

### NOTICE OF AUTOMATIC SUBSTITUTION OF PUBLIC OFFICERS
_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 7.2(a), Appellees give notice that Glenn Hegar succeeded Susan Combs as Comptroller of Public Accounts of the State of Texas on January 2, 2015, and Ken Paxton succeeded Greg Abbott as Attorney General of the State of Texas on January 5, 2015.

Accordingly, the Appellees now should be designated as "Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas."

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

*Allstate v. Hegar, CPA and Paxton, AG*
**Notice of Automatic Substitution of Public Officers** **Page 1 of 3**

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts
Division

_/s/   Jack Hohengarten_
JACK HOHENGARTEN
Assistant Attorney General
State Bar No. 09812200
Financial Litigation, Tax, and Charitable Trusts
Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone:  (512) 475-3503
Telecopier:  (512) 477-2348
jack.hohengarten@texasattorneygeneral.gov
*Attorneys for Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2015, a true and correct copy of the foregoing **Notice of Automatic Substitution of Public Officers** was sent to the Appellant's attorney of record via e-service and/or electronic mail as follows:

Mark W. Eidman
Doug Sigel
RYAN LAW FIRM, LLP
100 Congress Ave., Ste. 950
Austin, Texas 78701
Doug.sigel@ryanlawllp.com


/s/ *Jack Hohengarten*
JACK HOHENGARTEN